FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 2 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1 Robert N. Phillips (SBN 120970)
  Ethan B. Andelman (SBN 209101)
2 HOWREY SIMON ARNOLD & WHITE, LLP
  525 Market Street, Suite 3600
3 San Francisco, CA 94105
  Telephone: (415) 848-4900
4 Facsimile: (415) 848-4999

5 David A. Rammelt (Admitted *Pro Hac Vice*)
  Susan J. Greenspon (Admitted *Pro Hac Vice*)
6 KELLEY DRYE & WARREN LLP
  333 West Wacker Drive, Suite 2600
7 Chicago, IL 60606
  Telephone: (312) 857-7070
8 Facsimile: (312) 857-7095

9 Attorneys for Defendant/Counter-Plaintiff
  AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

**MC 06 - 0096 PHX**

11 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13 GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 14 Plaintiff, | **NOTICE OF DEPOSITION OF RICK STEELE** |
| 15 v. | |
| 16 AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | Date: August 23, 2006<br>Time: 9:00 a.m.<br>Location: |
| 18 Defendants. | |
| 19 AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 21 Counter-Plaintiff, | |
| 22 v. | |
| 23 GOOGLE, INC., | |
| 24 Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211796.1

Dockets.Justia.com

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye & Warren LLP, will take the deposition upon oral examination of **Rick Steele,** on August 23, 2006, at 9:00 a.m., continuing day-to-day until completed, at the Holiday Inn, 1600 S. Country Club Drive, Mesa, AZ 85210, (480) 964-7000. |

PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye & Warren LLP, will take the deposition upon oral examination of **Rick Steele,** on August 23, 2006, at 9:00 a.m., continuing day-to-day until completed, at the Holiday Inn, 1600 S. Country Club Drive, Mesa, AZ 85210, (480) 964-7000.

The deposition will be held before a Notary Public or before some other person authorized by law to administer oaths and will be recorded stenographically in accordance with Federal Rule 30.

Dated: August 7, 2006

KELLEY DRYE & WARREN LLP

By: *[signature]*

David A. Rammelt
Susan J. Greenspon
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211796.1

- 2 -

Case 2:06-mc-00096   Document 1   Filed 08/22/2006   Page 2 of 3

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**SUBPOENA and NOTICE OF DEPOSITION OF RICK STEELE**

**XX** (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211796.1

- 3 -

Case 2:06-mc-00096   Document 1   Filed 08/22/2006   Page 3 of 3